IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MEGATEL HOMES, LLC**; | § | |
| **MEGATEL HOMES II, LLC; and** | § | |
| **MEGATEL HOMES III, LLC,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-00688-L** |
| | § | |
| **MEHRDAD MOAYEDI,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the court are the Motions to Dismiss ("Motions to Dismiss") (Docs. 17, 18, 27), filed by the twelve Defendants in this case on May 18, 2020, and June 26, 2020, pursuant to Federal Rule of Civil Procedure 12(b)(6). In response to the Motions to Dismiss, Plaintiffs request to amend their pleadings. Also before the court is Plaintiffs' Motion to Compel Rule 26(f) Conference (Doc. 30), filed January 15, 2021.  The court treats Defendants Hollis Greenlaw, Benjamin Wissink, and Brandon Jester's Motion to Dismiss (Doc. 27) as a motion to join in all respects the motions to dismiss previously filed by the other defendants in this case and the briefing in support of those motions, including the reply briefs.  This motion (Doc. 27) is **granted** *to the extent* Defendants Hollis Greenlaw, Benjamin Wissink, and Brandon Jester seek to join the other pending motions to dismiss, which the court is currently in the process of reviewing.  Further, the court **denies as moot** Plaintiffs' Motion to Compel Rule 26(f) Conference (Doc. 30), as the court intends to enter by separate order a status report order after ruling on the motions to dismiss.

**It is so ordered** this 26th day of September, 2021.

Sam A. Lindsay
United States District Judge