IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEGATEL HOMES, LLC, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 3:20-cv-00688-L |
| | § | |
| MEHRDAD MOAYEDI, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

Before the Court is Non-Party Chicago Title Insurance Company's Motion to Quash Subpoena (ECF No. 130). To facilitate the prompt and efficient disposition of the Motion, the Court sets the Motion for a hearing on **January 25, 2024, at 3:30 P.M.**, convening in Courtroom 1351 on the 13th Floor of the Earle Cabell Federal Building and Courthouse, 1100 Commerce St., Dallas, Texas. Movant's counsel and counsel for the UDF Defendants must appear **in person**.

If the interested parties resolve their dispute prior to January 25, Movant's counsel will submit an agreed proposed order disposing of the Motion, and the Court will cancel the hearing.

**SO ORDERED.**

January 12, 2024.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE